IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. STRATMON, JR., | 1:12-cv-01837-GSA (PC) |
| Plaintiff, | |
| vs. | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| MARVIN TUCKER, et al., | |
| Defendants. | (Doc. 3.) |

On November 9, 2012, Plaintiff submitted an unsigned motion for appointment of counsel. (Doc. 3.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, Plaintiff's motion filed on November 9, 2012 is HEREBY STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated: **November 15, 2012**     /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE