1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9               EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID L. STRATMON, JR.,                    1:12-cv-01837-GSA (PC)

12          Plaintiff,
                                              ORDER STRIKING MOTION FOR
13      vs.                                    LACK OF SIGNATURE

14  MARVIN TUCKER, et al.,

15          Defendants.                        (Doc. 3.)

16  _____/

17          On November 9, 2012, Plaintiff submitted an unsigned motion for appointment of

18  counsel.  (Doc. 3.)  All filings submitted to the court must bear the signature of the filing party.

19  Local Rule 131; Fed. R. Civ. P. 11(a).

20          Accordingly, Plaintiff's motion filed on November 9, 2012 is HEREBY STRICKEN

21  from the record for lack of signature.

22

23      IT IS SO ORDERED.

24   **Dated:   November 15, 2012**              **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28