UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. STRATMON,<br><br>            Plaintiff,<br><br>    vs.<br><br>M. TUCKER, et al.,<br><br>            Defendants. | 1:12-cv-01837-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT MORRIS FOR RETALIATION AND INTERFERENCE WITH INCOMING MAIL, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE WITHIN **TWENTY 20 DAYS** |

David L. Stratmon ("Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971).  Plaintiff filed the Complaint commencing this action on November 9, 2012.  (Doc. 1.)

The court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it states cognizable Bivens claims against defendant Morris (Factory Manager) for retaliation and interference with incoming mail, in violation of the First and Fourteenth Amendments.  On August 14, 2014, Plaintiff was granted leave to either file an amended complaint or notify the court that he is willing to proceed only on the claims found cognizable by the court.  (Doc. 11.)

On September 12, 2014 and September 17, 2014, Plaintiff filed notices informing the court that he is willing to proceed only on the cognizable claims against defendant Morris.  (Docs. 12, 13.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendant A. Morris (Factory Manager) for retaliation and interference with Plaintiff's mail, in violation of the First and Fourteenth Amendments;

2. All remaining claims and defendants be dismissed from this action;

3. Defendants M. Tucker (Assistant Warden), M. Suhota (Foreman), and E. Stokes (Foreman) be dismissed from this action based on Plaintiff's failure to state any Bivens claims upon which relief may be granted against them; and

4. Plaintiff's claim for wrongful termination be dismissed from this action based on Plaintiff's failure to state a Bivens claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20) days** after being served with these Findings and Recommendations, any party may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 2, 2014**                         **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE