UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STRATMON,<br><br>        Plaintiff,<br><br>vs.<br><br>M. TUCKER, et al.,<br><br>        Defendants | Case No. 1:12 cv 01837 LJO GSA PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMMARY JUDGMENT<br><br>OPPOSITION  DUE IN THIRTY DAYS |

     On May 18, 2015, Defendants filed a motion for summary judgment.  On June 15, 2015, Plaintiff was granted an extension of time to file opposition to the motion.  To date, Plaintiff has not filed an opposition.  The Court will grant Plaintiff a further extension of time in which to file opposition to the motion or a statement of non-opposition.  Plaintiff is cautioned that his failure to do so will result in a recommendation of dismissal for failure to obey a court order pursuant to Local Rule 110.

     Accordingly,   IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an opposition or statement of non-opposition to Defendants' motion for summary judgment.

     IT IS SO ORDERED.

Dated:   **July 29, 2015**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

1