# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID L. STRATMON, JR.,

Plaintiff,

v.

ANGELA MORRIS,

Defendant.

Case No. 1:12-cv-01837-LJO-SAB-PC

ORDER GRANTING DEFENDANT'S REQUEST TO EXTEND TIME TOFILE A REPLY TO PLAINTIFF'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

(ECF No. 42)

Plaintiff Stratmon is appearing pro se and in forma pauperis in this civil rights action.

On October 14, 2015, Defendant filed a request to extend time to file a reply to Plaintiff's opposition to Defendant's motion for summary judgment. The motion is grounded on the unavailability of counsel and is supported by the declaration of counsel. Defendant seeks an extension of time to November 10, 2015, in which to file a reply.

Good cause having been presented to the Court, Defendant has until November 10, 2015, in which to file a reply to Plaintiff's opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated: **October 15, 2015**

UNITED STATES MAGISTRATE JUDGE

blank